# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JEFFREY ALLEN WOLF, | : | No. 17 WM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| ERIE COUNTY COMMON PLEAS COURT, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2017, the Petition for Writ of Mandamus is **DENIED**.